JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
SAN RAMON POLICE DEPARTMENT, CHIEF SCOTT HOLDER, CITY OF SAN RAMON, OFFICER PAUL BURKE, OFFICER JOSEPH NUNN, OFFICER T J REEDER, OFFICER JONATHAN STEPHENS and OFFICER STANLEY SZETO

LAW OFFICE OF PANOS LAGOS
Panos Lagos, Esq. / 61821
5032 Woodminster Lane
Oakland, CA
(510) 530-4078
(510) 530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff
JORDAN BRANSCUM

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN EDWARD BRANSCUM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>San Ramon Police Department; Scott Holder, in his Official Capacity as Chief of Police of the City of San Ramon Police Department; City of San Ramon; Jonathan Stephens, individually and as an Officer of the City of San Ramon Police Department; Joseph Nunn, individually and as an Officer of the City of San Ramon Police Department; TJ Reeder, individually and as an Officer of the City of San Ramon Police Department; Paul Burke, individually and as an Officer of the City of San Ramon Police Department; Stanley Szeto, individually and as an Officer of the City of San Ramon Police Department; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. C11-04137 LB<br><br>**FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**[~~AND PROPOSED~~ ORDER]**<br><br>Date:　November 8, 2012<br>Time:　10:30 a.m.<br>Ctrm:　C, 15th Floor (San Francisco)<br>Judge:　Hon. Laurel Beeler<br><br>Trial:　April 22, 2013 |

　　　　The parties in this matter hereby provide the following Further Joint Case Management Conference Statement, as directed by the Court per the Clerk's Notice from November 6, 2012.

　　　　Both parties respectfully ask the Court for an extension of the current deadlines for expert

witness disclosures and discovery, until after the Court has issued an order on Defendants' impending Motion for Summary Judgment, as follows.

### A.  Current Motion and Expert Discovery Schedule

Based on the Court's current case management schedule, the following schedule is in place:

| DATE | EVENT |
| --- | --- |
| November 15, 2012 | Deadline to file Summary Judgment Motion |
| December 14, 2012 | Expert Disclosures Due |
| December 20, 2012 | Hearing on Summary Judgment Motion |
| December 28, 2012 | Rebuttal Expert Disclosures Due |
| February 8, 2013 | Expert Discovery Closes |
| March 21, 2013 | Pretrial Filings Due |
| April 11, 2013 | Final Pretrial Conference |
| April 22, 2013 | Trial |

The parties jointly and respectfully ask the Court for an extension of the current deadlines for expert witness disclosures and discovery, until after the Court has heard oral argument on Defendants' Motion for Summary Judgment ("Motion") and has issued an order on the Motion. The Court's decision on Defendants' Motion has a significant impact on this case as a ruling in favor of Defendants may dispose of this entire case, making the costly process of retention of experts, disclosure of experts and completion of expert depositions perhaps a moot point. As the schedule currently stands, expert retention and disclosure, as well as rebuttal disclosure, are due likely before any ruling from the Court on the Motion, with the hearing on the motion set for December 20th.

Further, due to the breadth of this Motion, the parties anticipate that a ruling from the Court will take some time, though do not know essentially when such ruling is anticipated. The parties are both in agreement and have a strong interest to conserve significant resources (for expert retention, disclosure and depositions) and would prefer to not incur expenditures and time

for expert disclosures and discovery which may be moot if Defendants' Motion is granted in full or in part.

As such, the parties ask the Court to extend the deadline for expert disclosures and discovery, as outlined in the proposed new schedule below. The dates for pretrial filings, the final pretrial conference and the trial date will not be affected by the proposed revised schedule, should the Court believe this proposed new schedule, below, is feasible.

### B.     Proposed New Expert Discovery Schedule

The parties propose this new schedule which will defer expert disclosures and discovery for a period of time pending the outcome of the Motion, if such disclosures and discovery is still necessary after the Court's order on Defendants' Motion, without interfering with the Court's pretrial and trial schedule.

| DATE | EVENT |
| --- | --- |
| November 15, 2012 | Deadline to file Summary Judgment Motion |
| December 20, 2012 | Hearing on Summary Judgment Motion |
| January 25, 2013 | Expert Disclosures Due |
| February 8, 2013 | Rebuttal Expert Disclosures Due |
| February 28, 2013 | Expert Discovery Closes |
| March 21, 2013 | Pretrial Filings Due |
| April 11, 2013 | Final Pretrial Conference |
| April 22, 2013 | Trial |

Should the Court believe the above schedule can be modified to better address these issues, the parties are amenable to such insight and recommendations. The parties can address these issues further at the upcoming Further Case Management Conference.

| | | |
|---|---|---|
| 1 | Dated: November 6, 2012 | LAW OFFICES OF PANOS LAGOS |
| 2 | | |
| 3 | | By: /s/ Lagos, Panos<br>Panos Lagos<br>Attorney for Plaintiff JORDAN BRANSCUM |
| 4 | | |
| 5 | Dated: November 6, 2012 | MCNAMARA, NEY, BEATTY, SLATTERY,<br>BORGES & AMBACHER LLP |
| 6 | | |
| 7 | | By: /s/ Blechman, Noah<br>James V. Fitzgerald, III / Noah G. Blechman<br>Attorneys for Defendants<br>SAN RAMON POLICE DEPARTMENT, CHIEF<br>SCOTT HOLDER, CITY OF SAN RAMON,<br>OFFICER PAUL BURKE, OFFICER JOSEPH NUNN,<br>OFFICER T J REEDER, OFFICER JONATHAN<br>STEPHENS and OFFICER STANLEY SZETO |

## ORDER

Good cause having been shown by the parties, the Court GRANTS the parties' request to extend the deadline for expert disclosures and discovery and ORDERS the following new deadlines as the updated case management schedule.

| DATE | EVENT |
|---|---|
| January 25, 2013 | Expert Disclosures Due |
| February 8, 2013 | Rebuttal Expert Disclosures Due |
| February 28, 2013 | Expert Discovery Closes |

**IT IS SO ORDERED**

Dated: November 8, 2012          By: _____
                                     Hon. Laurel Beeler
                                     United States Magistrate Judge