NO FEE DUE
GOV'T CODE § 6103

1  HANSON BRIDGETT LLP
   DIANE MARIE O'MALLEY, SBN 139166
2  domalley@hansonbridgett.com
   ALEXANDRA V. ATENCIO, SBN 227251
3  aatencio@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California 94105
   Telephone:    (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Defendants SAN MATEO
   COUNTY TRANSIT DISTRICT, MICHAEL J.
7  SCANLON, KARAMBIR CHEEMA, SAID EL-
   KHATIB, SONJA HIGGINS, DERRICK
8  FISHER, ART GONZALEZ, WILLIAM N.
   CARSON, JR., VIRGINIA HARRINGTON,
9  WILLIAM SNELL and SANDY WONG

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARL ANTHONY GRIMES,<br><br>Plaintiff,<br><br>v.<br><br>SAN MATEO COUNTY TRANSIT DISTRICT, MICHAEL J. SCANLON, KARAMBIR CHEEMA, SAID EL-KHAITB, SONJA HIGGINS, DERRICK FISHER, ART GONZALES, BILL CARSON, GIGI HERINGTON, WILLIAM SNELL AND SANDY WONG,<br><br>Defendants. | CASE NO. CV 12-6381-LB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Laurel Beeler<br><br>Trial Date:  Not set. |

TO THE HONORABLE MAGISTRATE LAUREL BEELER AND THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff CARL ANTHONY GRIMES and Defendants SAN MATEO COUNTY TRANSIT DISTRICT, MICHAEL J. SCANLON, KARAMBIR CHEEMA, SAID EL-KHAITB (sic), SONJA HIGGINS, DERRICK FISHER, ART GONZALES, BILL CARSON, GIGI HERINGTON (sic), WILLIAM

SNELL and SANDY WONG hereby stipulate to the dismissal of this action with prejudice. Each party will bear its own costs, expenses, and attorneys' fees.

DATED: August 9, 2013

By: *Anthony Grimes*
CARL ANTHONY GRIMES
PLAINTIFF PRO SE

Dated: August 9, 2013

By: /s/ Alexandra V. Atencio
Alexandra V. Atencio, Esq
HANSON BRIDGETT LLP
Counsel for Defendant SAN MATEO COUNTY TRANSIT DISTRICT

## ORDER

IT IS HEREBY ORDERED THAT the above-captioned matter is dismissed with prejudice as to Defendants SAN MATEO COUNTY TRANSIT DISTRICT, MICHAEL J. SCANLON, KARAMBIR CHEEMA, SAID EL-KHAITB (sic), SONJA HIGGINS, DERRICK FISHER, ART GONZALES, BILL CARSON, GIGI HERINGTON (sic), WILLIAM SNELL and SANDY WONG;

IT IS HEREBY FURTHER ORDERED THAT each party will bear its own costs, expenses, and attorneys' fees except as otherwise required by the terms of the Release.

**IT IS SO ORDERED.**

Dated: August 9, 2013

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE