UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JORDAN BRANSCUM, | No. C 11-04137 LB |
| Plaintiff, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SAN RAMON POLICE DEPARTMENT, et al., | |
| Defendants. | |

On December 22, 2012, the court denied the parties' cross-motions for summary judgment. (12/22/2012 Order, ECF No. 56.) On January 10, 2013, Defendants filed a notice of appeal requesting that the Ninth Circuit Court of Appeals review the court's summary judgment order. (Notice of Appeal, ECF No. 57; Amended Notice of Appeal, ECF No. 61.) Because of the appeal, on April 3, 2013, the court vacated the April 11, 2013 pretrial conference and the April 22, 2013 trial and directed the parties to file a status report no later than 14 days after the Ninth Circuit issues its ruling. (Order Vacating Pretrial Conference and Trial, ECF No. 63.) On March 26, 2015, the Ninth Circuit affirmed the court's order. This means that the parties should have filed a status report by April 9, 2015. They did not. Accordingly, the court directs the parties to file a case management statement by April 16, 2015 and sets a further case management conference for 11:00 a.m. on April 30, 2015.

C 11-04137 LB
ORDER

1 **IT IS SO ORDERED.**

2 Dated: April 10, 2015

3 _____
LAUREL BEELER
United States Magistrate Judge

C 11-04137 LB
ORDER                        2