UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

JORDAN BRANSCUM,

Plaintiff,

v.

SAN RAMON POLICE DEPARTMENT, et al.,

Defendants.

No. 3:11-cv-04137 LB

**ORDER RESETTING CASE MANAGEMENT DATES AND DEADLINES**

Following the May 7, 2015 case management conference, the court sets forth the following new case management dates and deadlines:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
| --- | --- |
| Updated Joint Case Management Conference Statement | 6/11/2015 |
| Further Case Management Conference | 6/18/2015 at 11:00 a.m. |
| Expert disclosures required by Federal Rules of Civil Procedure | 11/2/2015 |
| Rebuttal expert disclosures | 11/16/2015 |
| Initial Pretrial Conference | 12/17/2015, at 11:00 a.m. |
| Expert discovery completion date | 12/21/2015 |
| Meet and confer re pretrial filings | 2/9/2016 |
| Pretrial filings due | 2/18/2016 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 2/25/2016 |



UNITED STATES DISTRICT COURT
For the Northern District of California

| Final Pretrial Conference | 3/10/2016, at 1:30 p.m. |
|---|---|
| Trial | 3/21/2016, at 8:30 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: May 7, 2015

LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California