JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
SAN RAMON POLICE DEPARTMENT, CHIEF SCOTT
HOLDER, CITY OF SAN RAMON, OFFICER PAUL BURKE,
OFFICER JOSEPH NUNN, OFFICER T J REEDER, OFFICER
JONATHAN STEPHENS and OFFICER STANLEY SZETO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN EDWARD BRANSCUM,<br><br>Plaintiff,<br><br>vs.<br><br>SAN RAMON POLICE DEPARTMENT et al.<br><br>Defendants. | Case No. C11-04137 LB<br><br>**_UPDATED_ JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>Date:   June 18, 2015<br>Time:   11:00 a.m.<br>Dept:   Ctrm. C, 15th Floor (San Francisco)<br>Judge:  Hon. Laurel Beeler |

The parties in this matter hereby provide the following _Updated_ Joint Case Management Conference Statement per Order of the Court, with a Proposed Order on some minor date modifications/supplements.

## I. UPDATE

The parties participated in a further Settlement Conference with Judge Spero on June 2nd per the Court's Order, but this matter did not resolve at that time.

At the most recent Case Management Conference with Your Honor on May 7th, the Court set all the key deadlines in this matter, including trial and pretrial dates, as well as other dates, as reflected in the Order Resetting Case Management Dates and Deadlines ("ORCMDD") (ECF Doc. 76).

1  The parties are amenable to the Court's schedule in the ORCMDD, though request a slight
2  modification as indicated in the table below, which also includes a new deadline for the briefing
3  on the issue of whether or not to bifurcate the *Monell* claim(s) for trial. All other dates and
4  deadlines per the Court's ORCMDD shall remain in effect, unless further leave of Court is sought
5  by the parties.

| Case Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Expert Disclosures per FRCP | November 2, 2015 | October 16, 2015 |
| Rebuttal Expert Disclosures | November 16, 2015 | October 30, 2015 |
| Expert Discovery Deadline | December 21, 2015 | No Change. |
| Joint *Monell* Bifurcation Letter Brief Filing Deadline | None. | December 10, 2015 |

Dated: June 10, 2015                LAW OFFICES OF PANOS LAGOS

                                    By:    /s/ Lagos, Panos
                                    Panos Lagos, Esq.
                                    Attorney for Plaintiff, JORDAN EDWARD BRANSCUM


Dated: June 10, 2015                MCNAMARA, NEY, BEATTY, SLATTERY,
                                    BORGES & AMBACHER LLP


                                    By:    /s/ Blechman, Noah
                                    James V. Fitzgerald, III
                                    Noah G. Blechman
                                    Attorneys for Defendants
                                    SAN RAMON POLICE DEPARTMENT, CHIEF
                                    SCOTT HOLDER, CITY OF SAN RAMON,
                                    OFFICER PAUL BURKE, OFFICER JOSEPH NUNN,
                                    OFFICER T J REEDER, OFFICER JONATHAN
                                    STEPHENS and OFFICER STANLEY SZETO

/ / /

# ORDER

Per the parties' stipulation above, the Court resets the following deadlines in this case to modify and/or supplement the dates in ECF Doc. 76, as follow.

| Case Event | New Deadline |
|---|---|
| Expert Disclosures per FRCP | October 16, 2015 |
| Rebuttal Expert Disclosures | October 30, 2015 |
| Expert Discovery Deadline | No Change. |
| Joint *Monell* Bifurcation Letter Brief Filing Deadline | December 10, 2015 |

In addition, the Case Management Conference set for July 18th is herby <u>vacated</u> in light of the parties' stipulation and update to the Court.

IT IS SO ORDERED.

Dated: June 16, 2015

Hon. Laurel Beeler
United States Magistrate Judge