JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
SAN RAMON POLICE DEPARTMENT, CHIEF SCOTT
HOLDER, CITY OF SAN RAMON, OFFICER PAUL BURKE,
OFFICER JOSEPH NUNN, OFFICER T J REEDER, OFFICER
JONATHAN STEPHENS and OFFICER STANLEY SZETO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN EDWARD BRANSCUM,<br><br>Plaintiff,<br><br>vs.<br><br>SAN RAMON POLICE DEPARTMENT et al.<br><br>Defendants. | Case No. C11-04137 LB<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION, WITH PREJUDICE PER FRCP 41(a)(2)**<br><br>Judge:  Hon. Laurel Beeler |

The parties, by and through their respective attorneys of record, hereby stipulate and jointly request an Order from the Court to a dismissal of this entire action, with prejudice, in light of settlement of this action.

WHEREAS, Plaintiff hereby agrees to voluntarily dismiss, with prejudice, all of his claims for damages against Defendants, as against all Defendants, as alleged in Plaintiff's First Amended Complaint, filed in this matter. This dismissal would be a dismissal for the entire action, against all parties, with prejudice.

WHEREAS, each party agrees to bear its own fees and costs as to this dismissal.

///

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

SO STIPULATED.

Dated: February 3, 2016      LAW OFFICES OF PANOS LAGOS

By:   /s/ Lagos, Panos
       Panos Lagos, Esq.
       Attorney for Plaintiff,
       JORDAN EDWARD BRANSCUM

Dated: February 3, 2016      MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By:   /s/ Blechman, Noah
       James V. Fitzgerald, III / Noah G. Blechman
       Attorneys for Defendants
       SAN RAMON POLICE DEPARTMENT, CHIEF SCOTT HOLDER, CITY OF SAN RAMON, OFFICER PAUL BURKE, OFFICER JOSEPH NUNN, OFFICER T J REEDER, OFFICER JONATHAN STEPHENS and OFFICER STANLEY SZETO

## ORDER

**PURSUANT TO STIPULATION AND REQUEST, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, as to all claims and Defendants, with prejudice. Each party bears its own fees and costs as to this dismissal.

IT IS SO ORDERED

Dated: February 4, 2016

_____
Hon. Laurel Beeler
United States Magistrate Judge